IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUNIOR VOLLEYBALL ASSOCIATION OF AUSTIN D/B/A AUSTIN SPORTS CENTER, AND AUSTIN SPORTS CENTER, LLC, <br> PLAINTIFFS, <br><br> V. <br><br> SUMMIT HOSTING LLC, F/K/A SOFTWARE LINK HOSTING, LLC F/K/A SOFTWARE LINK, INC., <br> DEFENDANTS. | § § § § § § § § § § § § § | CAUSE NO. 1:17-CV-756-LY |

## ORDER

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Opening Brief in Support (Dkt. No. 31), and all filings related thereto are **REFERRED** to United States Magistrate Judge Mark Lane for Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; W.D. Tex. Appx C, R. 1(d).

SIGNED this 27th day of December, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE