# BARNES & THORNBURG LLP

2100 McKinney Avenue
Suite 1250
Dallas, Texas 75201-1803 U.S.A.
(214) 258-4200
Fax (214) 258-4199

www.btlaw.com

Elizabeth C. Brandon
214-258-4115
ebrandon@btlaw.com

January 30, 2018

**VIA E-FILE**

United States District Clerk
Western District of Texas – Austin Division
Homer J. Thornberry Federal Judicial Building
903 San Jacinto Blvd., Suite 322
Austin, TX 78701

Re: *Junior Volleyball Association of Austin et al v. Summit Hosting LLC*, No. 1:17-cv-00756-LY, United States District Court, Western District of Texas, Austin Division

Dear Clerk of Court:

Please take notice that the undersigned has designated March 12, 2018 through March 16, 2018 as vacation, and February 13-14, 22-23, and March 1-2 as out-of-state travel dates. Please do not set any matters for hearing or trial on those dates. All counsel is requested not to schedule any depositions or other matters on those dates as well.

Thank you for your courtesies in this matter.

Sincerely yours,

BARNES & THORNBURG LLP

Elizabeth C. Brandon

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record for Plaintiffs.

*/s/ Elizabeth C. Brandon*
Elizabeth C. Brandon