IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUNIOR VOLLEYBALL ASSOCIATION OF AUSTIN d/b/a AUSTIN SPORTS CENTER, and AUSTIN SPORTS CENTER, LLC, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 1:17-cv-00756-LY |
| SUMMIT HOSTING LLC, f/k/a SOFTWARE LINK HOSTING, LLC f/k/a SOFTWARE LINK, INC., | § § § § | |
| Defendant. | § § | |

## DEFENDANT SUMMIT HOSTING, LLC'S MOTION
## FOR WITHDRAWAL OF COUNSEL

Defendant, Summit Hosting, LLC, f/k/a Software Link Hosting, LLC f/k/a Software Link, Inc. ("Summit Hosting"), by and through counsel, hereby moves for an order withdrawing attorney J. Malcolm Cox from this action and removing him from service and notices on all matters relating to this action.  As grounds therefore, Summit Hosting states that Mr. Cox will no longer be affiliated with the law firm of Barnes & Thornburg LLP after June 29, 2018.

Summit Hosting continues to be represented by lead attorney Elizabeth C. Brandon of the law firm of Barnes & Thornburg LLP and by pro hac vice admitted attorneys Jeffrey C. Morgan and Sarah Hannah Phillips of the law firm of Barnes & Thornburg LLP, all of whom should continue to receive service and notices on all matters relating to this action.

Good cause exists for this withdrawal and is being effected at the direction of Summit Hosting.  This action is not being taken for purposes of delay and will not work to delay the resolution of this case.

WHEREFORE, Defendant Summit Hosting prays that the court enter an order approving this withdrawal of counsel of record.

Dated: June 8th, 2018

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ Sarah Hannah Newman*
Elizabeth C. Brandon
Texas Bar No. 24049580
J. Malcolm Cox
*Pro Hac Vice*
Georgia Bar No. 773303
Sarah Hannah Newman
*Pro Hac Vice*
Georgia Bar No. 302869
2100 McKinney Avenue, Ste. 1250
Dallas, Texas 75201
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
ebrandon@btlaw.com
jmcox@btlaw.com
shnewman@btlaw.com

*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8th day of June, 2018, I electronically filed the foregoing Defendant Summit Hosting, LLC's Motion for Withdrawal of Counsel with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Sarah Hannah Newman*
Sarah Hannah Newman