IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUNIOR VOLLEYBALL ASSOCIATION OF AUSTIN d/b/a AUSTIN SPORTS CENTER, and AUSTIN SPORTS CENTER, LLC, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 1:17-cv-00756-LY |
| SUMMIT HOSTING LLC, f/k/a SOFTWARE LINK HOSTING, LLC f/k/a SOFTWARE LINK, INC., | § § § § § | |
| Defendant. | § § | |

### [PROPOSED] ORDER GRANTING DEFENDANT SUMMIT HOSTING, LLC'S MOTION FOR WITHDRAWAL OF COUNSEL

THIS CAUSE having come before the Court on the Motion for Withdrawal of Counsel (the "Motion") filed by Defendant, Summit Hosting, LLC, and after considering the Motion, the Court finds that the Motion should be granted. Accordingly, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that J. Malcolm Cox is hereby discharged as counsel of record for Summit Hosting, LLC.

SO ORDERED THIS 14th DAY OF June, 2018

_____
Honorable Lee Yeakel
United States District Judge

Submitted by:

Elizabeth C. Brandon
Texas Bar No. 24049580