IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2018 NOV 29 PM 3: 38

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____
          DEPUTY

| | | |
|---|---|---|
| JUNIOR VOLLEYBALL ASSOCIATION OF AUSTIN D/B/A AUSTIN SPORTS CENTER, AND AUSTIN SPORTS CENTER, LLC, PLAINTIFFS, | § § § § § § | |
| V. | § § § | CAUSE NO. 1:17-CV-756-LY |
| SUMMIT HOSTING LLC, F/K/A SOFTWARE LINK HOSTING, LLC F/K/A SOFTWARE LINK, INC., DEFENDANT. | § § § § § | |

**ORDER**

Before the court in the above-styled and numbered cause is Opposed Motion to Strike Defendant's Motion to Transfer Venue filed November 27, 2018 (Dkt. No. 56). Plaintiffs seek to strike the motion to transfer because Plaintiffs did not seek leave of court before filing a motion exceeding page limits under the local rules. In the alternative, Plaintiffs requested additional time to respond to the motion due to its length. On this same date, the court granted Defendant's Motion for Leave to Exceed Page Limits in Support of its Motion to Transfer Venue to the Northern District of Georgia (Dkt. 52) filed November 27, 2018 (Dkt. No. 55). Accordingly,

**IT IS ORDERED** that Opposed Motion to Strike Defendant's Motion to Transfer Venue filed November 27, 2018 (Dkt. No. 56) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant may file a response to the motion to transfer **on or before December 14, 2018**, such response not to exceed 18 pages in length.

SIGNED this **29th** day of November, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE